DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEPHANIE AMANDA RUSSO,

Appellant,

v.

ROBERT D'ADDARIO and PAULA BATISTA,

Appellees.

No. 2D2023-1892

_____

June 21, 2024

Appeal from the County Court for Pasco County; Patrick Moore, Judge.

Stephanie Amanda Russo, pro se.

John Allen Parvin, Palm Harbor, for Appellees.

PER CURIAM.

Affirmed.

BLACK, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.